■ JOHN DUSEK, Respondent, v. JOSEPH HIGGINS, Appellant. (Action No. 1.) (And Two Other Actions.) — On this appeal from two orders of the Supreme Court, Queens County, dated December 7, 1971 and March 1, 1972, respectively, this court previously made an order on November 20, 1972, remitting the case to Special Term for a hearing and findings and holding the appeal in abeyance (*Dusek* v. *Higgins*, 40 A D 2d 849). This court has received a written report from Special Term, dated February 27, 1973, that the case has been settled and that therefore the appeal has become moot. Appeal dismissed as moot. without costs. Martuscello, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of MICHAEL GRIMALDI, Respondent, v. ALBERT WERNER, JR., et al., Constituting the Board of Appeals of the Village of Amityville, Appellants.— In a proceeding pursuant to article 78 of the CPLR to annul appellants' determination denying petitioner's application for a special exception permit, the appeal is from an order of the Supreme Court, Suffolk County, dated August 14, 1972, which annulled the determination and directed that the permit be issued. Order affirmed, without costs, and the matter is remitted to appellants for issuance of the permit and imposition of reasonable conditions in connection with the use thereof. No opinion. Munder, Acting P. J., Martuscello, Gulotta, Christ and Benjamin, JJ., concur.